[No. 10104–8–I. Division One. July 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM CHARLES HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–03720–6, David C. Hunter, J., entered March 13, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Callow and Corbett, JJ.

[No. 11277–5–I. Division One. July 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MIKE EDWIN ISERLOTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02950–3, Frank J. Eberharter, J., entered January 22, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett and Scholfield, JJ.

[No. 10862–0–I. Division One. July 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLIE M. COLLETTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01661–4, Robert M. Elston, J., entered October 12, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett and Scholfield, JJ.

[No. 11869–2–I. Division One. July 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. AVEL MEDINA, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–1–00005–6, Robert C. Bibb, J., entered June 3, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Corbett, JJ.